IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:05-CR-16-D
No. 2:08-CV-50-D
No. 2:12-CV-21-D
No. 2:14-CV-32-D

| | |
|---|---|
| MARVIN EDWARD PATRICK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On August 28, 2014, Marvin Edward Patrick ("Patrick") filed a motion under Rule 59(e) of the Federal Rules of Civil Procedure. See [D.E. 134]. Patrick asks this court to reconsider its order of August 6, 2014. See [D.E. 132].

The motion [D.E. 134] lacks merit and is DENIED. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c).

SO ORDERED. This 18 day of September 2014.

JAMES C. DEVER III
Chief United States District Judge