IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| -v.- | ) | Criminal No. 2:05-CR-00016-D-1 |
| | ) | |
| MARVIN EDWARD PATRICK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In consideration of the foregoing Motion to Unseal and Disclose Pre-Sentence Investigative Report to Clemency Project 2014 Counsel, there being good cause shown, it is this 6 day of November, 2015 hereby

ORDERED that the Motion to Unseal and Disclose Pre-Sentence Investigative Report to Clemency Project 2014 Counsel is GRANTED; and it is further

ORDERED that a copy of the Pre-Sentence Investigative Report shall be unsealed and provided to the Defendant's Clemency Project 2014 counsel; and it is further

ORDERED that the Pre-Sentence Investigative Report shall not be provided to the Defendant; and it is further

ORDERED that at the conclusion of the representation by Clemency Project 2014 counsel, such counsel shall return all copies of the Pre-Sentence Investigative Report to the Bureau of Prisons or shall destroy all copies.

JAMES C. DEVER III
Chief United States District Judge